UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

DOVIE J. JOHNSON-LIPSEY

    Debtor.
_____/

THOMAS C. RICHARDSON, Chapter 7 Trustee

    Plaintiff,

v.

STRICJAVVAR FLOYD STRICKLAND,

    Defendant.
_____/

Bankruptcy Case No. 19-03599

Adversary Proceeding No. 20-80055

Case No. 1:21-cv-141

Hon. Hala Y. Jarbou

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (ECF No. 1-1) filed by the United States Bankruptcy Judge in this action regarding the Plaintiff's Second Motion for Default Judgment against the Defendant Stricjavvar Floyd Strickland. The Report and Recommendation was duly served on the parties, and no objections have been filed under FED. R. BANKR. P. 9033 and LCivR 83.2(b).

**ACCORDINGLY, IT IS ORDERED:**

1. The Report and Recommendation of the Bankruptcy Judge, filed January 22, 2021, is **APPROVED AND ADOPTED** as the Opinion of this Court.

2. The transfer of the Motorhome to the Church is **AVOIDED** as a constructively fraudulent transfer under 11 U.S.C. § 548.

2

3. The Plaintiff's Second Motion for Default Judgment is **GRANTED** and judgment is entered in favor of the Plaintiff Trustee, authorizing Plaintiff to recover the Motorhome from the Defendant, plus costs in the amount of $350.00, for the reasons stated in the Report and Recommendation.

Dated:   February 18, 2021                             /s/ Hala Y. Jarbou
                                                      HALA Y. JARBOU
                                                      UNITED STATES DISTRICT JUDGE